Case 3:97-cv-02721-RJW   Document 2   Filed 06/14/2000   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

97-2721

IN RE RIO PIEDRAS EXPLOSION            CIVIL 96-2443CCC
LITIGATION

## PARTIAL JUDGMENT

Having considered the Notices of Voluntary Dismissal filed in the civil cases listed below (**docket entries 1350, 1354, 1355, 1356, 1806, 1816**) and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court hereby GRANTS partial judgment DISMISSING, without prejudice, the following plaintiffs' claims in the listed civil actions:

| Motion Docket No. | Civil No. | Plaintiff(s) |
|---|---|---|
| 1354 | 96-2524 | Paula de León |
| 1355 | 97-1167 | Ramón Hernández-Acosta, Teodoro Hernández-Acosta |
| 1356 | 97-2712 | Luz Díaz, Emilio Rodríguez-del-Valle, Gilberto Colón, Santos López, Cándido Betancourt, Raul Rodríguez, Enrique Reyna, José Rivera, Roberto Rodríguez, Wilfredo J. Tejera, Antonio Vargas, Raul Ramírez-Rosado, Jorge Rivera, Luciano Silvestre, Eulojia García-Burgos, María Clotilde Guzmán, Ramona del Carmen Guzmán, José Alexis Hernández-Guzmán, Alejandro García-Guzmán, Francisco Guzmán-García, Víctor F. Colón, Ulises Quezada, Víctor Fontanez, Crucita de la Rosa, Ruperto Guzmán-Escribano, Julio Escribano-Trinidad, Jennifer González-Monge, Ana B. Almonte, Elido Gómez, Felicita Oscana Martínez, Marta Santiago, Myriam Burgos, Rigoberto Rodríguez-Reyes, Cristina Martínez, Rafael Arbelo, Elías Ruiz-Velázquez, Manuel Sánchez, Miguel Andújar, Luis Ortiz-Sepúlveda, José R. Santana, Raul Sosa, Rafael A. Rivera-Hiraldo, Oscar Medero, Jaime Maissonet, José Ortiz-Sepúlveda, José |

AO 72A
(Rev.8/82)



CIVIL 96-2443CCC                                    2

        Manuel Díaz, William Ortiz, Angel Luis Carlo, Minesio Pagán, Angel Luis Maldonado, Manuel de la Cruz, Luis A. González, Danilo Pimentel, Félix Maldonado, Ramón Jiménez, Félix González, Pedro Acevedo-Lugo, Luis A. González-Ortiz, and Carmelo Díaz-Mercado.

1806      97-2721      Desiree Marie López-López

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on June 12, 2000.

CARMEN CONSUELO CEREZO
United States District Judge