IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**         April 18, 2001

BEFORE HONORABLE JUDGE ROBERT J. WARD

| | |
|---|---|
| IN RE: RIO PIEDRAS EXPLOSION LITIGATION | CIVIL CASE 96-2443(CCC) |
| MARIA TERESA OTERO-SOTO, ET AL<br><br>Plaintiffs<br><br>vs.<br><br>ENRON CORPORATION, ET AL<br><br>Defendants | CIVIL CASE 96-2526(CCC)<br>97-1153 (CCC)<br>97-1172 (CCC)<br>97-1770 (CCC)<br>97-1957 (CCC)<br>97-2596 (CCC)<br>97-2668 (CCC)<br>97-2712 (CCC)<br>97-2721 (CCC)✓<br>97-2735 (CCC)<br>99-1255 (CCC) |

By order of the Court, a **status conference** will be held before the Honorable Robert J. Ward, U.S. District Judge on **April 30, 2001 at 9:00AM.**

                                         _____
                                         Courtroom Deputy Clerk

(Guillemard)