ENTERED ON DOCKET 11/1/01
PURSUANT TO FRCP 58 & 79

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

In Re: Rio Piedras Explosion Litigation

CIVIL CASE 96-2443 (CCC)

CIVIL CASE 97-2721 (CCC)

## PARTIAL JUDGMENT

Pursuant to the Order entered on August 28, 2001 granting docket entry # 3081, the claims of **Francia Rosado Monción, Luis Espinal, Luisa Espinal and Jaime Espinal** are dismissed without prejudice.

In San Juan, Puerto Rico, this 21th day of September, 2001.

Frances Rios de Moran
Clerk of Court

*[signature]*
Deputy Clerk